IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MEDICIS PHARMACEUTICAL CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 10-1099-SLR |
| v. | ) ) | |
| NYCOMED US INC. | ) ) | |
| Defendant. | ) | |

### RULE 7.1 STATEMENT

Pursuant to Fed. R. Civ. P. 7.1(b)(2), and to enable judges and magistrate judges of the Court to determine possible disqualifications or recusal, Defendant Nycomed US Inc. states, through its undersigned counsel, that Nycomed Asset Management GmbH is its parent corporation and that no publicly held corporation owns 10% or more of Nycomed US Inc.'s stock.

RLF1 3804821v. 1

OF COUNSEL:

David B. Bassett
david.bassett@wilmerhale.com
David A. Manspeizer
david.manspeizer@wilmerhale.com
Andrew B. Zoltan
andrew.zoltan@wilmerhale.com
Omar Khan
omar.khan@wilmerhale.com
Wilmer Cutler Pickering Hale & Dorr LLP
399 Park Avenue
New York, New York 10022
(212) 230-8800

Christine Duh
christine.duh@wilmerhale.com
Wilmer Cutler Pickering Hale & Dorr LLP
950 Page Mill Road
Palo Alto, California 94304
(650) 858-6051

Dated: February 15, 2011

*/s/ Jason J. Rawnsley*
Jeffrey L. Moyer, Esq. (#3309)
Jason J. Rawnsley, Esq. (#5379)
Richards, Layton & Finger, P.A.
920 North King Street
Wilmington, Delaware  19801
moyer@rlf.com
rawnsley@rlf.com
(302) 651-7700
*Attorneys for Defendant Nycomed US Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2011, I caused to be filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing(s) to counsel of record, and have sent true and correct copies to the following as indicated:

**VIA ELECTRONIC MAIL**
Jack B. Blumenfeld, Esquire
Karen Jacobs Louden, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

**VIA ELECTRONIC MAIL**
Andrew M. Berdon, Esquire
Robert B. Wilson, Esquire
James E. Baker, Esquire
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue – 22nd Floor
New York, NY 10010-1601

/s/ Jason J. Rawnsley
Jason J. Rawnsley (#5379)
rawnsley@rlf.com