IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEDICIS PHARMACEUTICAL CORPORATION,<br><br>               Plaintiff,<br><br>    v.<br><br>NYCOMED US INC.<br><br>               Defendant. | C.A. No. 10-1099-SLR |

**MOTION AND ORDER
FOR ADMISSIONS *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admissions *pro hac vice* of David B. Bassett, David A. Manspeizer, Andrew B. Zoltan, and Omar Khan of Wilmer Cutler Pickering Hale & Dorr LLP, 399 Park Avenue, New York, New York 10022, (212) 230-8800, and Christine Duh of Wilmer Cutler Pickering Hale & Dorr LLP, 950 Page Mill Road, Palo Alto, California 94304, (650) 858-6000 to represent Defendant Nycomed US Inc. in this matter.

OF COUNSEL:

David B. Bassett
david.bassett@wilmerhale.com
David A. Manspeizer
david.manspeizer@wilmerhale.com
Andrew B. Zoltan
andrew.zoltan@wilmerhale.com
Omar Khan
omar.khan@wilmerhale.com
Wilmer Cutler Pickering Hale & Dorr LLP
399 Park Avenue
New York, New York 10022
(212) 230-8800

Christine Duh
christine.duh@wilmerhale.com
Wilmer Cutler Pickering Hale & Dorr LLP
950 Page Mill Road
Palo Alto, California 94304
(650) 858-6051

Dated: February 16, 2011

*/s/ Jason J. Rawnsley*
Jeffrey L. Moyer, Esq. (#3309)
Jason J. Rawnsley, Esq. (#5379)
Richards, Layton & Finger, P.A.
920 North King Street
Wilmington, Delaware 19801
moyer@rlf.com
rawnsley@rlf.com
(302) 651-7700
*Attorneys for Defendant Nycomed U.S. Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admissions *pro hac vice* is granted.

Dated:_____          _____
                                         United States District Judge

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I hereby certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of New York and Indiana and the Commonwealth of Massachusetts and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee for $25.00 has been paid to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: February 15, 2011

David B. Bassett, Esq.
Wilmer Cutler Pickering Hale & Dorr LLP
399 Park Avenue
New York, New York 10022
(212) 230-8800

RLF1 3804806v. 1

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I hereby certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of New York and New Jersey and the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee for $25.00 has been paid to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: February 15, 2011

David A. Manspeizer, Esq.
Wilmer Cutler Pickering Hale & Dorr LLP
399 Park Avenue
New York, New York 10022
(212) 230-8800

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I hereby certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Massachusetts and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee for $25.00 has been paid to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: February 15, 2011

Andrew B. Zoltan, Esq.
Wilmer Cutler Pickering Hale & Dorr LLP
399 Park Avenue
New York, New York 10022
(212) 230-8800

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I hereby certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee for $25.00 has been paid to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: February 15, 2011

Omar Khan, Esq.
Wilmer Cutler Pickering Hale & Dorr LLP
399 Park Avenue
New York, New York 10022
(212) 230-8800

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I hereby certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee for $25.00 has been paid to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: February 15, 2011

Christine Duh, Esq.
Wilmer Cutler Pickering Hale & Dorr LLP
950 Page Mill Road
Palo Alto, California 94304
(650) 858-6000

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2011, I caused to be filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing(s) to counsel of record, and have sent true and correct copies to the following as indicated:

**VIA ELECTRONIC MAIL**
Jack B. Blumenfeld, Esquire
Karen Jacobs Louden, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

**VIA ELECTRONIC MAIL**
Andrew M. Berdon, Esquire
Robert B. Wilson, Esquire
James E. Baker, Esquire
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue – 22nd Floor
New York, NY 10010-1601

/s/ Jason J. Rawnsley
Jason J. Rawnsley (#5379)
rawnsley@rlf.com