IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MEDICIS PHARMACEUTICAL CORPORATION,

Plaintiff,

v.

NYCOMED US INC.,

Defendant.

C.A. No. 10-1099 (SLR)

**STIPULATION AND ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for plaintiff Medicis Pharmaceutical Corporation to file its answering briefs in opposition to (1) Defendant Nycomed US Inc.'s Motion To Transfer Venue To The Southern District of New York (D.I. 7) and, (2) Defendant Nycomed US Inc's Motion To Dismiss The Complaint, is hereby extended through and including March 18, 2011, and that the time for defendant Nycomed US Inc. to file its replies to the foregoing is hereby extended through and including April 12, 2011.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden*

Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
1201 North Market Street, P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
klouden@mnat.com

*Attorneys for Plaintiff*
*Medicis Pharmaceutical Corporation*

RICHARDS, LAYTON & FINGER P.A.

*/s/ Jason J. Rawnsley*

Jeffrey L. Moyer (#3309)
Jason J. Rawnsley (#5379)
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
moyer@rlf.com
rawnsley@rlf.com

*Attorneys for Defendant Nycomed US Inc.*

SO ORDERED this _____ day of _______________, 2011.

_______________________________________
United States District Judge

4114319