IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEDICIS PHARMACEUTICAL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>NYCOMED US INC.,<br><br>Defendant. | C.A. No. 10-1099-SLR |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for defendant Nycomed US Inc. ("Nycomed") to file reply briefs in support of its Motion to Transfer Venue to the Southern District of New York and Motion to Dismiss the Complaint is hereby extended through and including April 19, 2011.

| | |
|---|---|
| /s/ Jeremy A. Tigan<br>Jack B. Blumenfeld (#1014)<br>Karen Jacobs Louden (#2881)<br>Jeremy A. Tigan (#5239)<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street, P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>klouden@mnat.com<br>jtigan@mnat.com<br>*Attorneys for Plaintiff*<br>*Medicis Pharmaceutical Corporation* | /s/ Jason J. Rawnsley<br>Jeffrey L. Moyer (#3309)<br>Jason J. Rawnsley (#5379)<br>RICHARDS, LAYTON & FINGER, P.A.<br>920 North King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>moyer@rlf.com<br>rawnsley@rlf.com<br>*Attorneys for Defendant*<br>*Nycomed US Inc.* |

Dated: April 6, 2011

SO ORDERED this _____, day of _____, 2011.

_____
United States District Judge