IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MEDICIS PHARMACEUTICAL CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 10-1099-SLR |
| NYCOMED US INC. | ) ) | |
| Defendant. | ) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jeffrey L. Moyer and the law firm of Richards, Layton & Finger, P.A. hereby enter their appearance on behalf of Defendant Nycomed U.S., Inc.

OF COUNSEL:

David B. Bassett
david.bassett@wilmerhale.com
David A. Manspeizer
david.manspeizer@wilmerhale.com
Andrew B. Zoltan
andrew.zoltan@wilmerhale.com
Omar Khan
omar.khan@wilmerhale.com
Wilmer Cutler Pickering Hale & Dorr LLP
399 Park Avenue
New York, New York 10022
(212) 230-8800

Christine Duh
christine.duh@wilmerhale.com
Wilmer Cutler Pickering Hale & Dorr LLP
950 Page Mill Road
Palo Alto, California 94304
(650) 858-6051

Dated: April 8, 2011

/s/ Jeffrey L. Moyer
Jeffrey L. Moyer, Esq. (#3309)
Jason J. Rawnsley, Esq. (#5379)
Richards, Layton & Finger, P.A.
920 North King Street
Wilmington, Delaware 19801
moyer@rlf.com
rawnsley@rlf.com
(302) 651-7700
*Attorneys for Defendant Nycomed U.S. Inc.*

RLF1 3974290v. 1