# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEDICIS PHARMACEUTICAL CORPORATION,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>NYCOMED US INC.,<br><br>　　　　　　Defendant. | Civil Action No. 10-01099-SLR |

## SUPPLEMENTAL DECLARATION OF CHRISTINE DUH
## IN SUPPORT OF NYCOMED'S MOTION TO TRANSFER VENUE
## TO THE SOUTHERN DISTRICT OF NEW YORK

I, Christine Duh, hereby declare as follows:

1. I am an attorney with the law firm of Wilmer Cutler Pickering Hale and Dorr, LLP, counsel of record for Defendant Nycomed US Inc., in the above-captioned action, and have personal knowledge of the facts stated herein. I submit this Supplemental Declaration in support of Nycomed US Inc.'s Motion to Transfer Venue to the Southern District of New York.

2. Attached as **Exhibit A** is a true and correct copy of Medicis' Answering Brief In Opposition To Nycomed's Motion To Transfer ("Medicis's Opp. Br.") [D.I. 20] in *Medicis Pharm. Corp. v. Nycomed US Inc. et al.*, Civil Action No. 10-419-SLR (D. Del.).

3. Attached as **Exhibit B** is a true and correct copy of the Memorandum Order [D.I. 29] in *Medicis Pharm. Corp. v. Nycomed US Inc. et al.*, Civ. No. 10-419-SLR (D. Del.).

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 19, 2011
　　　　Palo Alto, CA

By: *Christine Duh*
　　　Christine Duh

## CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2011, I caused to be filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing(s), and have sent the foregoing document (s) by electronic mail to the following:

>Jack B. Blumenfeld, Esquire
>Karen Jacobs Louden, Esquire
>Morris, Nichols, Arsht & Tunnell
>1201 North Market Street
>P.O. Box 1347
>Wilmington, DE 19899

I further certify that on April 19, 2011, I have sent by electronic mail the foregoing document to the following non-registered participants:

>Andrew M. Berdon, Esquire
>Robert B. Wilson, Esquire
>James E. Baker, Esquire
>Quinn Emanuel Urquhart & Sullivan, LLP
>51 Madison Avenue – 22nd Floor
>New York, NY 10010-1601

>*/s/ Jason J. Rawnsley*
>Jason J. Rawnsley (#5379)
>rawnsley@rlf.com