**Transferred case has been opened**
**NYSD_ECF_Pool** to: InterDistrictTransfer_DED          07/05/2011 02:15 PM

```
CASE: 1:10-cv-01099

DETAILS: Case transferred from Delaware
has been opened in Southern District of New York
as case 1:11-cv-04551, filed 07/05/2011.
```